452 A.2d 1078

Commonwealth v. Bell, Appellant.

Submitted March 8, 1982. Owen W. Nash, Assistant Public Defender, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and LIPEZ, JJ.

Judgment of sentence affirmed.